**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MICHAEL SKRZECZKOSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>   v.<br><br>INTELLIGENT SYSTEMS CORPORATION, J. LELAND STRANGE, MATTHEW A. WHITE, A. RUSSEL CHANDLER III, PHILLIP H. MOISE, and PARKER H. PETIT,<br><br>     Defendants. | Case No.: 1:19-cv-03949-ARR-CLP<br><br>Hon. Allyne R. Ross |

**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF GREG DIBBLE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Gregory M. Nespole, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Greg Dibble ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: PSLRA Certification signed by Movant attesting to his purchases of Intelligent Systems Corporation ("INS") securities;

Exhibit B: Loss Chart reflecting the losses incurred by Movant as a result of his transactions in INS securities;

1

Exhibit C:    Press Release published July 9, 2019, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Skrzeczkoski v. Intelligent Systems Corporation, et al.*, Case No. 1:19-cv-03949-ARR-CLP.

Exhibit D:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September 9, 2019                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Gregory M. Nespole*
Gregory M. Nespole (GN-6820)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

2