# EXHIBIT B

Case 1:19-cv-03949-RPK-CLP   Document 22-2   Filed 09/09/19   Page 1 of 2 PageID #: 123

| | |
|---|---|
| Client Name | Greg Dibble |
| Company Name | Intelligent Systems Corporation |
| Ticker Symbol | INS |
| Security Type | |
| Class Period Start | 01-23-2019 |
| Class Period End | 05-29-2019 |
| 90-DAY Lookback Period Start | 05-30-2019 |
| 90-DAY Lookback Period End | 08-27-2019 |
| 90-DAY Lookback Average | $ 37.52 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $10,304.77 |
| *DURA LIFO* Total* | $ 6,172.34 |
| Gross Shares Purchased | 1,220.00 |
| Net Shares Retained | 700 |
| Net Funds Expended | $ 36,571.48 |

**Greg Dibble**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-15-2019 | 60 | 46.3415 | $ 2,780.49 | 05-22-2019 | 60 | | $ 38.63 | $ 2,317.63 | - | - | - | $ 37.52 | | $ 462.86 | |
| 05-15-2019 | 700 | 46.3415 | $ 32,439.05 | | | | | | | 700 | 700 | $ 37.52 | $ 26,266.71 | $ 6,172.34 | $ 6,172.34 |
| 05-15-2019 | 60 | 46.6036 | $ 2,796.22 | 05-22-2019 | 60 | | $ 38.62 | $ 2,317.20 | - | - | - | $ 37.52 | | $ 479.02 | |
| 05-15-2019 | 400 | 46.6036 | $ 18,641.44 | 05-22-2019 | 400 | | $ 38.63 | $ 15,450.88 | - | - | - | $ 37.52 | | $ 3,190.56 | |
| **Total:** | **1,220.00** | | **$ 56,657.20** | | **520.00** | | | **$ 20,085.71** | | **700.00** | **700.00** | | **$ 26,266.71** | **$ 10,304.77** | **$ 6,172.34** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.