UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SKRZECZKOSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIGENT SYSTEMS CORPORATION, J. LELAND STRANGE, MATTHEW A. WHITE, A. RUSSEL CHANDLER III, PHILLIP H. MOISE, and PARKER H. PETIT,<br><br>Defendants. | Case No. 1:19-cv-03949 (ARR) (CLP) |

**DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF THE INTELLIGENT INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, W. Scott Holleman, hereby declare as follows:

1. I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Robert McKeon and Robert Ravenscroft (together, the "Intelligent Investor Group" or "Movant") and proposed lead counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of its Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Certifications signed by each member of the Intelligent Investor Group, attaching their securities during the Class Period in Schedule A(s), thereto;

Exhibit B:    Chart detailing Movant's combined financial losses;

Exhibit C:    Press release published July 9, 2019, on *Business Wire* announcing the

pendency of the securities class action against Defendants herein:

*Skrzeczkoski v. Intelligent Systems Corporation, et al.*, Case No. 1:19-cv-

03949; and

Exhibit D:    Bragar Eagel & Squire, P.C. résumé.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing facts are true and correct.  Executed this 9th day of September, 2019.

                                    */s/ W. Scott Holleman*
                                    W. Scott Holleman