# Exhibit B

**Intelligent Systems Corporation (NYSE: INS)**

| | |
|---|---|
| **Company Name** | Intelligent Systems Corporation |
| **Ticker Symbol** | INS |
| **Class Period Start** | 01/23/2019 |
| **Class Period End** | 05/29/2019 |
| **90 Day Average Price** | $37.70 |

| Movant | Loss |
|---|---|
| Robert Mckeon | ($1,172.72) |
| Robert Ravenscroft | ($948.97) |
| **Total Loss** | ($2,121.69) |

**Loss Chart**

| Company Name | Intelligent Systems Corporation | | | | | |
|---|---|---|---|---|---|---|
| Client Name | Robert Mckeon | | | **LIFO Loss** | **($1,172.72)** | |
| Ticker Symbol | INS | | | | | |
| Class Period Start | 01/23/2019 | | | | | |
| Class Period End | 05/29/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 4/22/2019 | 214 | $33.83 | ($7,239.62) | | | ($7,239.62) |
| 4/29/2019 | 214 | | | $28.35 | $6,066.90 | $6,066.90 |
| | | | | | **Subtotal** | ($1,172.72) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $0.00 |
| 0 | | $37.70 | | | **Total** | ($1,172.72) |

**Loss Chart**

| Company Name | Intelligent Systems Corporation | | | | | |
|---|---|---|---|---|---|---|
| Client Name | Robert Ravenscroft | | | **LIFO Loss** | **($948.97)** | |
| Ticker Symbol | INS | | | | | |
| Class Period Start | 01/23/2019 | | | | | |
| Class Period End | 05/29/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/8/2019 | 27 | $48.34 | ($1,305.18) | | | ($1,305.18) |
| 5/8/2019 | 5 | $48.19 | ($240.95) | | | ($240.95) |
| 5/8/2019 | 75 | $48.38 | ($3,628.50) | | | ($3,628.50) |
| 5/8/2019 | 14 | $47.90 | ($670.60) | | | ($670.60) |
| 5/8/2019 | 4 | $48.31 | ($193.24) | | | ($193.24) |
| 5/16/2019 | 10 | $45.91 | ($459.10) | | **Subtotal** | ($6,038.47) |
| **Shares Retained** | | **90-Day Average Price** | | | **Retained Shares Value** | $5,089.50 |
| 135 | | $37.70 | | | **Total** | ($948.97) |