UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SKRZECZKOSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>INTELLIGENT SYSTEMS CORPORATION, J. LELAND STRANGE, MATTHEW A. WHITE, A. RUSSEL CHANDLER III, PHILLIP H. MOISE, and PARKER H. PETIT,<br><br>        Defendants. | Case No.  1:19-cv-03949-ARR-CLP |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF EDGARDO CANEZ FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF LEAD COUNSEL</u>**

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.       I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Edgardo Canez ("Canez"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.       I make this Declaration in support of Canez's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.       Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Loss chart of Canez;

Exhibit B:     Press release published over *Globe Newswire* on July 10, 2019, announcing the pendency of the above-captioned action;

Exhibit C:     Shareholder Certification of Canez; and

Exhibit D:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 9, 2019, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1