## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EDGARDO CANEZ, Individually<br>and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>INTELLIGENT SYSTEMS<br>CORPORATION, J. LELAND STRANGE,<br>MATTHEW A. WHITE, A. RUSSEL<br>CHANDLER III, PHILLIP H. MOISE,<br>PARKER H. PETIT, CHERIE M. FUZZELL,<br>JAMES V. NAPIER, BONNIE L. HERRON,<br>AND KAREN J. REYNOLDS,<br><br>     Defendants. | 1:19-cv-03949- RPK-CLP |

**DECLARATION OF TAMAR A. WEINRIB IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Tamar A. Weinrib, declare as follows pursuant to 28 U.S.C. ¶ 1746.

1.  I am a member of the New York Bar admitted to practice before this Court and am a partner with the law firm of Pomerantz LLP ("Pomerantz" or the "Firm"), Lead Counsel in this matter. I make this declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants Motion to Dismiss the Amended Class Action Complaint.

2.  Attached hereto as Exhibit A is a true and correct excerpt from Intelligent System Corporation's ("INS") Form 10-K for the fiscal year ended December 31, 2016, filed with the Securities and Exchange Commission ("SEC") on March 17, 2017.

3.  Attached hereto as Exhibit B is a true and correct excerpt from INS's Form 10-Q for the quarter ending March 31, 2018, filed with the SEC on May 9, 2018.

4.      Attached hereto as Exhibit C is a true and correct excerpt from INS's Form 10-Q for the quarter ending March 31, 2016, filed with the SEC on May 10, 2016.

5.      Attached hereto as Exhibit D is a true and correct excerpt from INS's Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on March 13, 2019.

6.      Attached hereto as Exhibit E is a true and correct copy of INS's Audit Committee Charter, accessible at http://www.intelsys.com/files/Audit_Committee_Charter.pdf.

7.      Attached hereto as Exhibit F is a true and correct copy of the NYSE Listed Company Manual, subsections 303A.01, titled "Independent Directors," and 303A.02, titled, "Independence Tests," accessible at https://nyse.wolterskluwer.cloud/listed-company-manual/document?treeNodeId=csh-da-filter!WKUS-TAL-DOCS-PHC-%7B0588BF4A-D3B5-4B91-94EA-BE9F17057DF0%7D--WKUS_TAL_5667%23teid-69.

8.      Attached hereto as Exhibit G is a true and correct excerpt from the SEC News Digest, dated June 12, 1987, accessible at https://www.sec.gov/news/digest/1987/dig061187.pdf.

9.      Attached hereto as Exhibit H is a true and correct excerpt from Matria Healthcare, Inc.'s Form 10-K for the fiscal year ended December 31, 2005, filed with the SEC on March 16, 2006.

10.     Attached hereto as Exhibit I is a true and correct copy of the SEC's Litigation Release No. 22223, dated January 11, 2012, accessible at https://www.sec.gov/litigation/litreleases/2012/lr22223.htm.

11.     Attached hereto as Exhibit J is a true and correct copy of MiMedx Group Inc.'s ("MiMedx") Press Release, filed with the SEC on February 20, 2018.

12.     Attached hereto as Exhibit K is a true and correct copy of MiMedx's Press Release, filed with the SEC on July 2, 2018.

13.     Attached hereto as Exhibit L is a true and correct copy of MiMedx's Press Release, filed with the SEC on September 20, 2018.

14.     Attached hereto as Exhibit M is a true and correct copy of INS's Form 8-K and attached Exhibit, filed with the SEC on August 1, 2019.

15.     Attached hereto as Exhibit N is a true and correct excerpt of a transcript from an INS investor call held on June 5, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 18, 2020

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib
