UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGARDO CANEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLIGENT SYSTEMS CORPORATION, J. LELAND STRANGE, MATTHEW A. WHITE, A. RUSSEL CHANDLER III, PHILLIP H. MOISE, PARKER H. PETIT, CHERIE M. FUZZELL, JAMES V. NAPIER, BONNIE L. HERRON, AND KAREN J. REYNOLDS,<br><br>Defendants. | 1:19-cv-03949-ARR-CLP<br><br>SUPPLEMENTAL DECLARATION OF DAVID H. KISTENBROKER IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT |

DAVID H. KISTENBROKER declares pursuant to 28 U.S.C. § 1746 as follows:

I am a partner of the law firm Dechert LLP, attorneys for Defendants Intelligent Systems Corporation ("Intelligent Systems"), J. Leland Strange, Matthew A. White, A. Russel Chandler III, Phillip H. Moise, Cherie M. Fuzzell, James V. Napier, Bonnie L. Herron, and Karen J. Reynolds. I submit this Declaration in further support of the Motion to Dismiss the Amended Class Action Complaint, submitted by Defendants by and through their respective counsel. I have personal knowledge of the facts asserted herein and could testify to those facts if called to do so.

1.  Attached hereto as Exhibit 25 is a true and correct copy of excerpts from Intelligent Systems' 2017 Annual Report (Form 10-K), filed March 15, 2018.

2.  Attached hereto as Exhibit 26 is a true and correct copy of excerpts from Intelligent Systems' 2016 Annual Report (Form 10-K), filed March 17, 2017.

3.  Attached hereto as Exhibit 27 is a true and correct copy of NYSE American LLC Company Guide § 803 Independent Directors and Audit Committee.

2

4. Attached hereto as Exhibit 28 is a true and correct copy of Bloomberg Law Intelligent Systems Corporation (INS) Company Performance Historical Values.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2020  /s/ *David H. Kistenbroker*
David H. Kistenbroker