UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDGARDO CANEZ, individually and on behalf
of all others similarly situated,

                Plaintiff,

   v.

INTELLIGENT SYSTEMS CORPORATION,
J. LELAND STRANGE, MATTHEW A. WHITE,
A. RUSSELL CHANDLER III, PHILLIP H. MOISE,
PARKER H. PETIT, CHERIE M. FUZZELL,
JAMES V. NAPIER, BONNIE L. HERRON, and
KAREN J. REYNOLDS,

                Defendants.
----------------------------------------------------------------X

JUDGMENT

19-CV-3949 (RPK) (CLP)

      A Memorandum and Order of the Honorable Rachel P. Kovner, United States District Judge, having been filed on August 18, 2021, granting Defendants' motion to dismiss; dismissing plaintiff's claims without prejudice; granting plaintiff leave to file a motion within 21 days seeking leave to amend with the proposed Second Amended Complaint attached as an exhibit; and an Order having been filed on October 5, 2021, dismissing this case; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; that plaintiff's claims are dismissed without prejudice; and that this case is dismissed without prejudice.

Dated: Brooklyn, New York
       October 6, 2021

Douglas C. Palmer
Clerk of Court

By:   /s/Jalitza Poveda
      Deputy Clerk